# CRIMINAL CASE INFORMATION SHEET

2:23-cr-180-1

Pittsburgh ✓    Erie _____    Johnstown _____

Related to No. 23-cr-154; U.S. v. Dayon Shelton    Judge    Ranjan
filed on the same date

(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ___ Narcotics and Other Controlled Substances
1a. ✓ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ___ Fraud and Property Offenses
2a. ___ Fraud and Property Offenses (3 or more Defendants)
3. ___ Crimes of Violence
4. ___ Sex Offenses
5. ___ Firearms and Explosives
6. ___ Immigration
7. ___ All Others

Defendant's name: DEJARNETTE BLANCHARD

Is indictment waived:    ___ Yes    ✓ No

Pretrial Diversion:    ___ Yes    ✓ No

Juvenile proceeding:    ___ Yes    ✓ No

Defendant is:    ✓ Male    ___ Female

Superseding indictment or information    ___ Yes    ✓ No

Previous case number: _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on government's motion
_____ After appellate action
_____ Other (explain)

County in which first offense cited occurred:    Allegheny

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | |
|---|---|
| Date arrested or date continuous U.S. custody began: | June 16, 2023 |
| Defendant: | ✓ is in custody ___ is not in custody |
| Name of Institution: | Butler County Prison |
| Custody is on: | ___ this charge ✓ another charge |
| | ___ another conviction |
| | ___ State ✓ Federal |
| Detainer filed: | ___ yes ✓ no |
| Date detainer filed: | |
| Total defendants: | 16 |
| Total counts: | 19 |
| Data below applies to defendant No.: | 1 |
| Defendant's name: | DEJARNETTE BLANCHARD |

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| One | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute and distribute a Schedule II controlled substance | ✓ |
| Two | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(ii), and 841(b)(1)(B)(vi) | Possession with intent to distribute 40 grams or more of fentanyl and 500 grams or more of cocaine | ✓ |
| Three and Five | 18 U.S.C. § 922(g)(1) | Possession of a firearm and ammunition by a convicted felon | ✓ |
| Four | 18 U.S.C. § 924(c)(1)(A)(i) | Possession of a firearm in furtherance of a drug trafficking offense | ✓ |
| Six | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(vi), and 841(b)(1)(C) | Possession with intent to distribute 40 grams or more of fentanyl and a quantity of cocaine base | ✓ |

## FORFEITURE ALLEGATIONS

I certify that to the best of my knowledge the above entries are true and correct.

DATE:   August 15, 2023                              /s/ *Jerome A. Moschetta*
                                                                JEROME A. MOSCHETTA
                                                                Assistant U.S. Attorney
                                                                PA ID No. 203965